*James, C. Naves, for appellant.*

---

## MORTON *v.* MORRIS.

Courts—Motion to Transfer Cause—Waiver.

> A motion to transfer a cause to the equity docket is waived, where at a subsequent term, the parties appeared and a jury sworn without objection from either party.

APPEAL FROM CAMPBELL CIRCUIT COURT.

February 16, 1872.

OPINION OF THE COURT BY JUDGE PETERS:

While it is true that appellant did make a motion to transfer the cause to the equity docket, still, at a term subsequent thereto the record shows, the parties appeared and a jury was sworn

without *objection on the part of appellant* to try the issue, was a waiver of the motion to transfer.

And as to the evidence of the acknowledgment of the debt as proved by the witness was within five years after the original contract was made, in such case no direct promise to the creditor was necessary, even if otherwise necessary.

These propositions we regarded as too plain to require a formal discussion in the opinion.

And hence they were not particularly noticed.

Petition overruled.

*Hawkins, & Boden, for appellant.*
*Hallam, for appellee.*